UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21008-MORENO/O'SULLIVAN

JEFFREY MELTON, EZEKIEL MORRIS,
TOMMY ALLEN JOHNSON, JUAN
VALDES, and MANVILLE SMITH,
individually and on behalf of all
others similarly situated,

          Plaintiffs,

v.

CENTURY INTERNATIONAL ARMS
CORP., CENTURY ARMS, INC.,
CENTURY ARMS OF VERMONT, INC.,
and CENTURY INTERNATIONAL ARMS
OF VERMONT, INC.,

          Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jerrod C. Patterson of the law firm of Hagens Berman Sobol Shapiro LLP, 1918 Eighth Avenue, Suite 3300, Seattle, WA 98101, (206) 623-7292, for purposes of appearance as co-counsel on behalf of Plaintiffs Jeffrey Melton, Ezekiel Morris, Tommy Allen Johnson, Juan Valdes, and Manville Smith in the above-captioned case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Patterson to receive electronic filings in this case, and in support thereof states as follows:

1. Jerrod C. Patterson is not admitted to practice in the Southern District of Florida and is a member in good standing of the Washington State Bar Association and the United States District Court for the Western District of Washington.

2. Movant, Angelo Marino, Jr., Esq., of the law firm of Angelo Marino Jr., P.A., 645 S.E. 5th Terrace, Ft. Lauderdale, FL 33301, (954) 765-0537, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Patterson has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Patterson, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jerrod C. Patterson at email address: jerrodp@hbsslaw.com.

WHEREFORE, Angelo Marino, Jr., moves this Court to enter an Order permitting Jerrod C. Patterson to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jerrod C. Patterson.

Date: March 21, 2017

Respectfully submitted,

By: /s/ 

ANGELO MARINO, JR.
Florida Bar # 151934
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
amjrpamail@aol.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21008-MORENO/O'SULLIVAN

JEFFREY MELTON, EZEKIEL MORRIS,
TOMMY ALLEN JOHNSON, JUAN
VALDES, and MANVILLE SMITH,
individually and on behalf of all
others similarly situated,

                        Plaintiffs,

v.

CENTURY INTERNATIONAL ARMS
CORP., CENTURY ARMS, INC.,
CENTURY ARMS OF VERMONT, INC.,
and CENTURY INTERNATIONAL ARMS
OF VERMONT, INC.,

                        Defendants.

## CERTIFICATION OF JERROD C. PATTERSON

Jerrod C. Patterson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Washington State Bar Association and the United States District Court for the Western District of Washington.

                                                                                Jerrod C. Patterson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings were filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list.

/s/ Angelo Marino, Jr.

Case No. 1:16-cv-21008-MORENO/O'SULLIVAN

010623-11 945558 v1

## SERVICE LIST

**ANGELO MARINO, JR, P.A.**
Angelo "Tony" Marino, Jr. (Florida Bar No. 151934)
645 SE 5th Terrace
Fort Lauderdale, FL 33301
(954) 765-0537 (telephone)
(954) 765-0545 (facsimile)
amjrpamail@aol.com
amjrpal@hotmail.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*Pro Hac Vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292 (telephone)
(206) 623-0594 (facsimile)
steve@hbsslaw.com

*Attorneys for Plaintiffs*

**PISCIOTTI MALSCH**
Ryan L. Erdreich (Florida Bar No. 65712)
Anthony M. Pisciotti (*Pro Hac Vice*)
Danny C. Lallis (*Pro Hac Vice*)
Jeffrey M. Malsch (*Pro Hac Vice*)
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
(973) 245-8100 (telephone)
(973) 245-8101 (facsimile)
rerdreich@pmlegalfirm.com
apisciotti@pmlegalfirm.com
dlallis@pmlegaLfirm.com
jmalsch@pmlegalfirrn.com

*Attorneys for Defendants*