UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21008-CIV-MORENO

JEFFREY MELTON, EZEKIEL MORRIS,
TOMMY JOHNSON, JUAN VALDES, and
MANVILLE SMITH,

        Plaintiffs,

vs.

CENTURY ARMS, INC.; CENTURY
INTERNATIONAL ARMS CORP.; CENTURY
ARMS OF VERMONT, INC.; and CENTURY
INTERNATIONAL ARMS OF VERMONT, INC.,

        Defendants.
_____/

## ORDER DENYING AS MOOT REDACTED MOTION FOR CLASS CERTIFICATION

THIS CAUSE came before the Court upon Plaintiffs' Motion to Certify Class (**D.E. 72**), filed on **February 1, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT in light of the Court denying Plaintiffs' Motion to Seal (**D.E. 71**) and requiring Plaintiffs to file an un-redacted version of their Motion for Class Certification (**D.E. 81**).

DONE AND ORDERED in Chambers at Miami, Florida, this 23 of February 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record