UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21008-FAM

JEFFREY MELTON, EZEKIEL MORRIS,
TOMMY JOHNSON, JUAN VALDES, and
MANVILLE SMITH, individually and on
behalf of all others similarly situated,

          Plaintiffs,

v.

CENTURY INTERNATIONAL ARMS
CORP., CENTURY ARMS, INC.,
CENTURY ARMS OF VERMONT, INC.,
and CENTURY INTERNATIONAL ARMS
OF VERMONT, INC.,

          Defendants.

**PLAINTIFFS' MOTION FOR RECONSDIERATION REGARDING ORDER ON DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS' EXPERT DAVID BYRON**

  Pursuant to Fed. R. Civ. P. 60(b), Plaintiffs respectfully submit this Motion for Reconsideration regarding this Court's Order (ECF No. 97), which granted Defendants' Motion to Preclude Plaintiffs' expert David Byron.  Rule 60(b)(1) allows courts to correct orders entered in error, and Rule 60(b)(6) is a "catch-all provision" that provides a "grand reservoir of equitable power to do justice in a particular case."[1]

  On March 27, 2018, in response to Defendants' Opposition to Class Certification and Motion to Preclude Plaintiff's Expert David Byron, Plaintiffs filed a Motion for Extension of time to file a reply brief and for extension of time to file an Opposition to Defendants' motion to preclude Plaintiffs' expert.  (ECF No. 90.)

---

[1] *See Outsource Servs. Mgmt., LLC v. Lake Austin Props. I, Ltd.*, 2012 WL 12903281 (M.D. Fla. June 11, 2012) (quoting *Nisson v. Lundy*, 975 F.2d 802, 806 (11th Cir. 1992)) (internal quotation marks omitted).

On March 29, 2018, the Court granted both motions. (ECF No. 93.)  The Court ordered Plaintiffs to file their reply brief, and their opposition to Defendants' motion by May 8, 2018.

It accordingly appears that the April 27, 2018 Order was entered in error.  Plaintiffs ask the Court to vacate its April 27, 2018 Order, and let stand its March 29, 2018 Order allowing Plaintiff to file their respective briefs on May 8, 2018.

## CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Counsel for Plaintiffs have conferred with counsel for Defendants, who take no position concerning the relief sought in this motion.

Date: April 30, 2018                Respectfully submitted,

By: */s/ Angelo Marino, Jr.*
     ANGELO MARINO, JR.
Florida Bar # 151934
645 SE 5th Terrace
Fort Lauderdale, FL 33301-3160
amjrpamail@aol.com

Steve W. Berman (*Pro Hac Vice*)
Jerrod C. Patterson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the service list.

>   */s/ Angelo Marino, Jr.*
>   ANGELO MARINO, JR.

Case No. 1:16-cv-21008-FAM

## **SERVICE LIST**

**ANGELO MARINO, JR, P.A.**
Angelo "Tony" Marino, Jr. (Florida Bar No. 151934)
645 SE 5th Terrace
Fort Lauderdale, FL 33301
(954) 765-0537 (telephone)
(954) 765-0545 (facsimile)
amjrpamail@aol.com
amjrpal@hotmail.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*Pro Hac Vice*)
Jerrod C. Patterson (*Pro Hac Vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292 (telephone)
(206) 623-0594 (facsimile)
steve@hbsslaw.com
jerrodp@hbsslaw.com

*Attorneys for Plaintiffs*

**PISCIOTTI MALSCH**
Ryan L. Erdreich (Florida Bar No. 65712)
Anthony M. Pisciotti (*Pro Hac Vice*)
Danny C. Lallis (*Pro Hac Vice*)
Jeffrey M. Malsch (*Pro Hac Vice*)
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
(973) 245-8100 (telephone)
(973) 245-8101 (facsimile)
rerdreich@pmlegalfirm.com
apisciotti@pmlegalfirm.com
dlallis@pmlegaLfirm.com
jmalsch@pmlegalfirrn.com

*Attorneys for Defendants*