UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21008-CIV-MORENO

JEFFREY MELTON, EZEKIEL MORRIS,
TOMMY JOHNSON, JUAN VALDES, and
MANVILLE SMITH,

        Plaintiffs,

vs.

CENTURY ARMS, INC.; CENTURY
INTERNATIONAL ARMS CORP.; CENTURY
ARMS OF VERMONT, INC.; and CENTURY
INTERNATIONAL ARMS OF VERMONT, INC.,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION AND REOPENING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS' EXPERT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Reconsideration **(D.E. 98)**, filed on **April 30, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and Defendants' Motion to Preclude Plaintiffs' Expert **(D.E. 89)** filed on **March 23, 2018** is REOPENED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of May 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record