UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21008-CIV-MORENO

JEFFREY MELTON, EZEKIEL MORRIS,
TOMMY JOHNSON, JUAN VALDES, and
MANVILLE SMITH,

       Plaintiffs,

vs.

CENTURY ARMS, INC.; CENTURY
INTERNATIONAL ARMS CORP.;
CENTURY ARMS OF VERMONT, INC.; and
CENTURY INTERNATIONAL ARMS OF
VERMONT, INC.,

       Defendants.
_____/

### ORDER DENYING DEFENDANTS' MOTION TO DIRECT REDACTION OF TRANSCRIPT OF EVIDENTIARY HEARING

THIS CAUSE came before the Court upon Defendants' Motion to Direct Redaction of Confidential Information from Transcript of Evidentiary Hearing on November 7, 2018 (**D.E. 204**), filed on **December 17, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED** as untimely as the hearing was held on November 7, 2018 and no request to redact was made prior to the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___5th___ of ___March___ 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record